UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE RICHARDSON,

        CASE NUMBER: 6:09-cv-1271-Orl-19DAB

    Plaintiff,

vs.

JINAL CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, GEORGE RICHARDSON, and Defendant, JINAL CORPORATION, by and through their undersigned counsel, hereby submit this Notice of Settlement and state that the parties have reached a settlement in this cause, and that the settlement documents have been finalized and are in the process of being executed. The parties hereby request a two week extension of all pre-trial deadlines in order to finalize the settlement and file with the Court a Stipulation for Voluntary Dismissal.

    Dated: October 16, 2009.

        Respectfully submitted,

        WHITELOCK & ASSOCIATES, P.A.
        Attorneys for Plaintiff
        300 S.E. 13th Street
        Fort Lauderdale, FL 33016
        Telephone:   (954) 463-2001
        Facsimile:   (954) 463-0410
        E-mail: cjwhitelock@bellsouth.net

        s/Christopher J. Whitelock
        Christopher J. Whitelock
        Florida Bar Number: 0067539

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

s/Christopher J. Whitelock<br>
CHRISTOPHER J. WHITELOCK

## SERVICE LIST

Kevin P. Markey, Esq.
96 Willard Street, Suite 106
Cocoa, FL 32922
(321) 631-0758
Fax: (321) 690-1776
e-mail: kpmbusiness@bellsouth.net