**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GEORGE RICHARDSON,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:09-cv-1271-Orl-JA/DAB**

**JINAL CORPORATION,**

        **Defendant.**

_____

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled (Doc. 13). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party within sixty (60) days from the date of this Order, to re-open the action upon good cause shown, to submit a joint stipulation of dismissal with prejudice, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on this 6th day of November, 2009.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record